IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* JEFFERY D. MILNER, M.D., )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>BAPTIST HEALTH MONTGOMERY, )<br>*et al.*, )<br>  )<br>  Defendants. ) | Case No. 2:20-cv-261-RAH<br>[WO] |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinion, and orders of the Court, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Defendants and against Plaintiff Jeffery D. Milner, M.D., and this case is DISMISSED with prejudice as to Jeffery D. Milner, M.D. and without prejudice as to the United States of America. Costs are taxed against the Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

**DONE** on this 6th day of September 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1